IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**WELDON KING**                                                                                           **PLAINTIFF**

VS.                           CASE NO. 2:08CV0002 JMM

**RONNIE WHITE, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS THE SHERIFF
OF PHILLIPS COUNTY, ARKANSAS, ET AL.**                          **DEFENDANTS**

**ORDER**

Pursuant to the Notice of Acceptance of Rule 68 Offer of Judgment, the complaint in above styled case and all claims in this action are hereby dismissed with prejudice. The Clerk of the Court is directed to close the case and any pending motions are dismissed as moot.

The Court retains complete jurisdiction to determine, if necessary, reasonable attorney's fees and costs, and for an additional 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 14th day of March, 2008.

_____
James M. Moody
United States District Judge