IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**WELDON KING**                                                                                           **PLAINTIFF**

**VS.**                      **CASE NO. 2:08CV0002 JMM**

**RONNIE WHITE, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS THE SHERIFF
OF PHILLIPS COUNTY, ARKANSAS, ET AL.**                  **DEFENDANTS**

**JUDGMENT**

Pursuant to the Notice of Acceptance of Rule 68 Offer of Judgment, judgment is entered against defendant in the amount of $11,000.00 plus reasonable attorney's fees and costs.

IT IS SO ORDERED this 24th day of March, 2008.

                                                               _/s/ James M. Moody_
                                                               James M. Moody
                                                               United States District Judge